No. 382, Misc. NORMANDALE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern* and *Beatrice Rosenberg* for the United States.

No. 385, Misc. GRASS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 404, Misc. WHITE *v.* UNITED STATES C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 434, Misc. McCANN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 445, Misc. WORK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 471, Misc. ELDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Acting Solicitor General Stern* and *Beatrice Rosenberg* filed a memorandum for the United States.

No. 492, Misc. ROBINSON *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. *Jesse T. Edwards* for petitioner. *Eugene Cook,* Attorney General of Georgia, and *Lamar W. Sizemore,* Assistant Attorney General, for respondent.